IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT

MAR 30 2023

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:23-CR-65 |
| v. | Count 1: Transportation of Child Pornography<br>18 U.S.C. § 2252(a)(1) and (b)(1) |
| JAMES GORDON MEEK,<br><br>*Defendant.* | Count 2: Distribution of Child Pornography<br>18 U.S.C. § 2252(a)(2) and (b)(1) |
| | Count 3: Possession of Child Pornography<br>18 U.S.C. § 2252(a)(4)(B) and (b)(2) |
| | Forfeiture Notice: 18 U.S.C. § 2253(a) |

## INDICTMENT

March 2023 Term—at Alexandria, Virginia

### COUNT ONE
### (Transportation of Child Pornography)

THE GRAND JURY CHARGES THAT:

On or about February 28, 2020, within the Eastern District of Virginia and elsewhere, the defendant, JAMES GORDON MEEK, knowingly transported in and affecting interstate and foreign commerce one or more visual depictions, and the producing of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct.

(In violation of Title 18, U.S. Code, Sections 2252(a)(1) and (b)(1).)

1

## COUNT TWO
### (Distribution of Child Pornography)

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 5, 2020, within the Eastern District of Virginia, the defendant, JAMES GORDON MEEK, knowingly distributed and attempted to distribute one or more visual depictions using any means and facility of interstate and foreign commerce; and the producing of such visual depictions involved the use of a minor engaging in sexually explicit conduct, and the visual depictions were of such conduct.

(In violation of Title 18, U.S. Code, Sections 2252(a)(2) and (b)(1).)

## COUNT THREE
### (Possession of Child Pornography)

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 27, 2022, within the Eastern District of Virginia, the defendant, JAMES GORDON MEEK, knowingly possessed and attempted to possess one or more matters containing at least one visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using any materials which had been mailed and so shipped and transported, by any means including by computer; and the producing of such visual depictions involved the use of a minor engaging in sexually explicit conduct, and such visual depictions were of such conduct; and at least one image of child pornography involved in the offense involved a prepubescent minor and a minor who had not attained 12 years of age.

(In violation of Title 18, U.S. Code, Sections 2252(a)(4)(B) and (b)(2).)

## **FORFEITURE NOTICE**

THE GRAND JURY FURTHER FINDS that there is probable cause that the property described below is subject to forfeiture.

The defendant, JAMES GORDON MEEK, is hereby notified, pursuant to Federal Rule of Criminal Procedure 32.2(a), that upon conviction of any count of the Indictment, he shall forfeit to the United States: (1) any and all matter that contain visual depictions of minors engaged in sexually explicit conduct in violation of the charged offenses; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of the offense, and any property traceable to such property. This property includes, but is not limited to:

1. One Apple laptop, serial number WQ028CSZATM;

2. One iPhone 8, Model A1863, IMEI 356700087103227, S/N FFPVNENQJC6C;

3. One iPhone 5c, Model A1532, IMEI 358534058799970, S/N FFMN64SXFNDD;

4. One 2 terabyte external hard drive, identifying number 18037244-11; and

5. One iPhone 6, Model A1549, IMEI 356990063425906, S/N DNPNX8F4G5MG.

If any property subject to forfeiture is unavailable, the United States may seek an order forfeiting substitute assets pursuant to Title 21, U.S. Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(All in accordance with Title 18, U.S. Code, Section 2253; Title 18 U.S. Code, Section 853(p); and Fed. R. Crim. P. 32.2(a) & 32.2(e).)

A TRUE BILL
Pursuant to the E-Government Act.,
The original of this page has been filed
under seal in the Clerk's Office
FOREPERSON

Jessica D. Aber
United States Attorney

By: *Whitney Kramer*

Zoe Bedell
Assistant United States Attorney
Whitney Kramer
Special Assistant United States Attorney (LT)

5