JS 45 (01/2008)

**REDACTED**

Criminal Case Cover Sheet                                                                       U.S. District Court

**Place of Offense:**            Under Seal: Yes ___ No X     Judge Assigned: CMH

City _____ Superseding Indictment _____ Criminal Number: 1:23cr65

County/Parish Fairfax     Same Defendant X       New Defendant _____

                        Magistrate Judge Case Number 1:23-MJ-32     Arraignment Date: _____

                        Search Warrant Case Number _____

                        R 20/R 40 from District of _____

                        Related Case Name and No: _____

Defendant Information:

**Juvenile** -- Yes ___ No X    **FBI #** _____

**Defendant Name:** James Gordon Meek     Alias Name(s) _____

**Address:** McLean, VA 22101

**Employment:** _____

**Birth date** 1969    SS# 0566    Sex M Def Race White    Nationality _____ Place of Birth _____

**Height** 6'7"    **Weight** 340    **Hair** Brown    Eyes Hazel    Scars/Tattoos _____

     Interpreter: X No ___ Yes List language and/or dialect: _____ Automobile Description _____

Location Status:

Arrest Date    2/01/2023

x   Already in Federal Custody as of   2/01/2023    in   Alexandria City Jail

___ Already in State Custody     ___ On Pretrial Release     ___ Not in Custody

___ Arrest Warrant Requested     ___ Fugitive     ___ Summons Requested

___ Arrest Warrant Pending     ___ Detention Sought     ___ Bond

Defense Counsel Information:

Name:   Eugene Victor Gorokhov     ___ Court Appointed     Counsel conflicted out: _____

Address:   1424 K Street, Suite 500, Washington, DC 20005     X   Retained

Telephone: 202-386-6920     ___ Public Defender     Federal Public Defender's Office conflicted out:

U.S. Attorney Information:

     Zoe Bedell

SAUSA Whitney Kramer     Telephone No: 703-299-3700     Bar # _____

Complainant Agency, Address & Phone Number or Person & Title:

Tonya Sturgill Griffith, Special Agent, FBI

U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 2252(a)(1) and (b)(1) | Transportation of Child Pornography | 1 | Felony |
| Set 2 | 18 U.S.C. §§ 2252(a)(2) and (b)(1) | Distribution of Child Pornography | 2 | Felony |
| Set 3 | 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) | Possession of Child Pornography | 3 | Felony |

(May be continued on reverse)

**Date:** March 28, 2023     Signature of AUSA:    /s/ Zoe Bedell