AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cr-65 |
| James Gordon Meek | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

the United States.

Date: 03/30/2023

/s/ Zoe Bedell
*Attorney's signature*

Zoe Bedell, VA Bar No. 90543
*Printed name and bar number*

U.S. Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
*Address*

zoe.bedell@usdoj.gov
*E-mail address*

(703) 299-3773
*Telephone number*

(703) 299-3980
*FAX number*