Date: 4/14/2023     Judge: Hilton     Reporter: J. Egal
Time: 10:00 to 10:05

UNITED STATES of AMERICA
       Vs.

| James Gordon Meek | 1:23CR00065-001 |
|---|---|
| Defendant's Name | Case Number |

| Eugene Gorokhov | Zoe Bedell, Whitney Kramer |
|---|---|
| Counsel for Defendant | Counsel for Government |

Matter called for:
( ) Motions  ( ) Setting Trial Date  ( ) Change of Plea Hrg.  ( ) Rule 35
(✓) Arraignment  ( ) Appeal from USMC  ( ) Sentencing  ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.  ( ) Pre-Indictment Plea  ( ) Other:

Defendant appeared:  (✓) in person  ( ) failed to appear
                         (✓) with Counsel  ( ) without counsel  ( ) through counsel

Filed in open court:
( ) Criminal Information  ( ) Plea Agreement  ( ) Statement of Facts  ( ) Waiver of Indictment  ( ) Discovery Order

Arraignment & Plea:
(✓) WFA  ( ) FA  ( ) PG  (✓) PNG  Trial by Jury:  (✓) Demanded  ( ) Waived

Deft waives Speedy Trial.

Jury Trial set for 06/19/2023 at 10:00*
* Reset to 6/20/2023 following court per CMH, as 6/19/23 is a Holiday.

20 Days to file Motions with Argument on 5/19/2023 at 10:00

Bond Set at: $         ( ) Unsecured     ( ) Surety        ( ) Personal Recognizance
( ) Release Order Entered  (✓) Deft. Remanded  ( ) Deft. Released on Bond  ( ) Deft. Continued on Bond

Defendant is: (✓) In Custody  ( ) Summons Issued  ( ) On Bond  ( ) Warrant Issued  ( ) 1st appearance