# EXHIBIT 1

## APRIL 22, 2022 AFFDIAVIT IN SUPPORT OF SEARCH WARRANT

*Filed Under Seal Pending Motion to Unseal Redacted Version*