# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 1:23CR65-CMH |
| | ) | |
| JAMES MEEK. | ) | |

**ORDER**

This matter comes before the Court on the defendant's motion to compel the government to produce all *Brady* and Fed. R. Crim. P. 16 materials to the defense.

Having been duly advised, this Court hereby GRANTS the motion. The government is hereby ORDERED to disclose (1) the facts and circumstances that led to Dropbox's discovery of the files at issue, including any law enforcement involvement in the search for these files, and the details of Dropbox's examination of those materials; (2) all documentations from the Virginia State Police, Arlington County Police Department, and any other agency that participated in the investigation of Mr. Meek; (3) the filter protocol memoranda governing the search of electronic devices seized from Mr. Meek's residence, and (4) documents and information relating to the government investigation into the unauthorized press leaks relating to the investigation of Mr. Meek. The government is ORDERED to file a response to Mr. Meek's motion no later than April 27, 2023.

So ORDERED on _____.

_____
United States District Court Judge
Alexandria, Virginia