IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 1:23CR65-CMH |
| ) | |
| JAMES MEEK. ) | |

### CONSENT MOTION TO UNSEAL REDACTED AFFIDAVIT
### IN SUPPORT OF SEARCH WARRANT

James Gordon Meek, through counsel, hereby respectfully moves to unseal a redacted version of the affidavit supporting the government's warrant to search his residence and the electronic devices therein. See Exhibit 1 (filed under seal)—Redacted Affidavit.

The government does not oppose unsealing the affidavit. The document is references in Mr. Meek's contemporaneously-filed motion to compel, and will also be referenced in pretrial motions. Undersigned counsel has redacted the affidavit to remove all personal identifiers, as required by the Local Rules.

Accordingly, Mr. Meek respectfully asks this Court to unseal a redacted version of the April 22, 2022 affidavit in support of the search warrant.

Respectfully Submitted,

By: /s/ *Eugene V. Gorokhov*
Eugene Gorokhov, Bar No. 73582
*Attorney for Defendant*
BURNHAM & GOROKHOV, PLLC
1750 K Street NW, Suite 300
Washington, DC 20006
(202) 386-6920 (phone)
(202) 765-2173 (fax)
eugene@burnhamgorokhov.com

CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document VIA ECF which provides a copy to the AUSA of record.

By: /s/ *Eugene V. Gorokhov*
Eugene Gorokhov, Bar. No. 73582
*Attorney for Defendant*
BURNHAM & GOROKHOV, PLLC
1750 K Street NW, Suite 300
Washington, DC 20006
(202) 386-6920 (phone)
(202) 765-2173 (fax)
eugene@burnhamgorokhov.com
