# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 1:23CR65-CMH |
| | ) | |
| JAMES MEEK. | ) | |

**ORDER**

This matter came before the Court on Mr. Meek's consent motion to unseal a redacted version of the April 22, 2022 search warrant affidavit. Having been duly advised, this Court GRANTS the motion.

So ORDERED on _____.

_____
United States District Court Judge
Alexandria, Virginia