IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 1:23CR65-CMH |
| | ) | |
| JAMES MEEK. | ) | |

## AGREED ORDER

Mr. Meek was indicted on March 30, 2023. The speedy trial deadline runs on June 8, 2023. At Mr. Meek's arraignment, Mr. Meek orally consented to exclude the time between the Speedy Trial deadline and the trial, which is set for June 20, 2023.

The parties have jointly submitted that, for the following reasons, this case should be certified as complex pursuant to 18 U.S.C. § 3161(h)(7)(B) and that it is in the interests of justice to set the trial of this matter outside the Speedy Trial deadline. Defense counsel has reviewed with the defendant his rights under § 3161 and he knowingly and voluntarily waives those rights for the purposes of setting the trial date as herein described.

First, this matter involves extensive electronic discovery. That discovery will, for the most part, be housed at the FBI Field Office and its review will require defense counsel to coordinate schedules with government counsel.

Second, given the nature of the evidence, which allegedly has been obtained from electronic devices seized from the defendant, the defense has engaged a digital forensic expert. Such a review typically requires the expert to travel to the location where the data is stored and requires alignment of the expert's schedule with the availability of the government representatives who hold the electronic discovery.

Third, the defense is obligated to undertake its own investigation of the alleged charges. The indictment includes two counts that contain mandatory minimum sentences of five years. The defense requires time to review the evidence, undertake its investigation, confer with the defendant about his options, and potentially to engage in discussions with the government regarding whether a pretrial resolution is available.

Accordingly, for the foregoing reasons and for good cause shown, this Court finds that this case is complex and that it is in the interests of justice to set a trial date outside of 70 days. *See* 18 U.S.C. § 3161. Therefore, the trial of this matter shall begin on June 20, 2023.

Signed this 21st day of April, 2023

*Claude M. Hilton*
The Honorable Claude M. Hilton
United States District Judge