# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 1:23CR65-CMH |
| | ) | |
| JAMES MEEK. | ) | |

**ORDER**

This matter comes before the Court on a consent motion to continue the motions hearing date and the trial date. Having been duly advised this Court hereby ORDERS that the motions hearing is continued to _____, 2023.

It is further ORDERED that the trial is continued to _____, 2023.

The Court finds good cause to continue the pretrial motions hearing and trial date for all of the reasons stated in the consent motion, the defendant's agreement to exclude Speedy Trial time, as well as the Court's prior Order dated April 21, 2023, ECF 49, which is hereby fully incorporated in this Order.

Entered this day _____.

_____
United States District Court Judge
Alexandria, Virginia