## [EXTERNAL EMAIL] - Shared LERS Production Available for Download - Google Reference No. 13681917

lers@google.com <​          ​google.com>
Sat 3/19/2022 9:21 AM
To: Schnur, Danielle Kristina (WF) (FBI) <​          ​@fbi.gov>

The production for Google Reference Number 13681917, Government Case ID 305A-WF-3492432, is now available for download via LERS.

This request was submitted by laura.calvillo@lers.google. Your email address was designated by the submitter as requiring access to the production.

To access the production, please click on the following access link: [LERS](#)

You will need to log in with your individual LERS account to access the download. The link will expire in 14 days.

If the link has expired, please email USLawEnforcement@google.com and include Google's reference number to request a new download token.

Regards,
Google Legal Investigations Support

We process your information as described in the [Privacy policy](#).

US-00000237