

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

March 19, 2022

Special Agent Laura Calvillo
Federal Bureau of Investigation
NVRA/ CR-18, 9325 Discovery Blvd.
Manassas, VA 20109

**Re: Grand Jury Subpoena dated March 15, 2022 (Google Ref. No.** **)**
   *305A-WF-3492432, 21-GJ-2091, 21- 1 (22-825)*

Dear Special Agent Calvillo:

    Pursuant to the Grand Jury Subpoena issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq.

    Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s), ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ as specified in the Grand Jury Subpoena. We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values. To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

    To the extent that the Google account(s) targeted in the legal request have associated Google Pay profile(s), the production will include the target's Google Pay Customer Information, Billing information, and Transactions for Payments made to Google, if requested in your legal process. If you wish to obtain transactions related to the Spot Platform, Instant Buy, stored value accounts and events, or, additional Sensitive Personally Identifiable Information (SPII) that Google may store, please email uslawenforcement@google.com with (a) the Google Reference Number, (b) the target account(s) for which additional records are requested, (c) the specific additional data points you are requesting, and (d) the language in the legal process that you believe entitles you to such records. We will review your request promptly and provide you with any responsive information.

    For more information on Tap and Pay, see Contactless payments - Google Pay Help. For more information about the Spot Platform, currently available in certain countries, see https://developers.google.com/pay/spot. For more information on Instant Buy, see https://developers.google.com/pay/api

    For a Google Custodian of Records, we will require a subpoena and confirmation from you of the time and date of the appearance, the scope of testimony, any Google Reference



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

Number(s) associated with the case, and the travel for the appearance at least one week in advance in order to identify, make the appropriate plans for, and prepare a custodian for trial.

  Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.

        Regards,

        Jayla Moore
        Google Legal Investigations Support

US-00000239



Google LLC                                                                                          USLawEnforcement@google.com
1600 Amphitheatre Parkway                                                                           Mountain View, California 94043

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.      I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.      I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.      Google provides Internet-based services.

4.      Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒. ▒▒▒▒▒ ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Grand Jury Subpoena.

5.      The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.      The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Jayla Moore_____                        Date: March 19, 2022
(Signature of Records Custodian)


     Jayla Moore
(Name of Records Custodian)



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

**Attachment A: Hash Values for Production Files (Google Ref. No. 13681917)**

:

MD5- f8623f336692bda33fc69c8d7e23d19f
SHA512-
d08bd811e16ef9f18c54aac98e9fd729d554d0e07bbb0f887d0478c78ab9dbd9618d1ec4773e3235d
c35ec39682d30668abb0a9bbb22540d91078d95c2919936