**Griffith, Tonya Sturgill (WF) (FBI)**

| | |
|---|---|
| **From:** | ＿＿＿＿＿＿＿＿＿＿＿＿＿@google.com |
| **Sent:** | Friday, November 18, 2022 6:06 PM |
| **To:** | Griffith, Tonya Sturgill (WF) (FBI) |
| **Subject:** | [EXTERNAL EMAIL] -  [0-2390000033477]Regarding Your Legal Process-26908551 |
| **Attachments:** | Service Copy_21GJ2091_22-3893_GJ Subpoena_Google LLC.final.signedpdf.pdf |

Hello,

Regarding your attached legal request, after a diligent search and reasonable inquiry, we have found no records for any Google account-holder(s) identified as ▨▨▨▨▨▨▨▨, as specified in your request. Therefore, we do not have documents responsive to your request.

**Please submit any future legal process through the Google Law Enforcement Request System (LERS) at [lers.google.com](lers.google.com).** To create an account, visit [lers.google.com](lers.google.com).

Regards,
Legal Investigations Support
Google LLC

1