FD-302 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION

Date of entry    03/01/2022

**CHILD VICTIM AND CHILD WITNESS IDENTITY INFORMATION**

This document contains information regarding a child victim's or child witness's identity, which may only be disclosed to individuals who have a need-to-know such information by reason of their participation in the associated investigation or proceeding, or if disclosure is necessary to protect the welfare and well-being of the child.

**DOCUMENT RESTRICTED TO CASE PARTICIPANTS**

This document contains information that is restricted to case participants.

(U)  On or about 11/29/2021, the writer copied the results of an ECPA 2703(d) Order provided by Google, LCC, which were provided, but not reviewed, by the investigative team for the sole purpose of filtering the results for news gathering information, as per the Guidance provided by the United States Attorney's Office for the Eastern District of Virginia Filter Team Practices and Procedures memorandum, dated 11/24/2021 (the "Guidance").

(U)  This communication documents that the above referenced results were reviewed and a partial dissemination of the filtered results, to include email header information pertaining to DropBox and Skype, as requested by the investigative team, were provided to the investigative team by the writer as documented in a separate communication.

(U)  In accordance with the Guidance, information that was considered to be falling under the definition of "news gathering" was filtered out and is being documented in this communication.

(U)  The remaining portion of the above referenced results, containing email header information, is still under filter team review, and the results will be provided to the investigative team when completed.

(U)  A hard copy CD of the above referenced results containing information falling within the definition of "news gathering" was not provided to the investigative team and is attached hereto as a 1(A) to this communication, in accordance with the Guidance.

Investigation on  03/01/2022  at  Manassas, Virginia, United States (, Other (review))

File #  305A-WF-3492432, 305A-WF-3492432-FILTER                                Date drafted  03/01/2022

by  Stephen A. Chiappetta

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

US-00000072