UNCLASSIFIED

Physical 1A/1C Cover Sheet for Serial Export

| | |
|---|---|
| **Created From:** | 305A-WF-3492432 |
| | Serial 5 |
| **Package:** | 1A15 |
| **Stored Location:** | None |
| **Summary:** | (U) Unfiltered results from ECPA 20730(d) Order from Google, LLC for DropBox, Skype -contains newsgathering information |
| **Acquired By:** | Stephen A. Chiappetta |
| **Acquired On:** | 2022-03-01 |
| **Attachment:** | (U) Unfiltered ECPA 2703(d) results from Google, LLC pertaining to DropBox and Skype- contains newsgathering information |