| | |
|---|---|
| **To:** | Chiappetta, Stephen A. (WF) (FBI) |
| **Subject:** | Items of evidentiary value re: MEEK Gmail --- UNCLASSIFIED |
| **SentinelCaseId:** | 305A-WF-3492432 |
| **SentToSentinel:** | 1/18/2022 10:06:04 PM |

```
Classification: UNCLASSIFIED
========================================================
Sent for Approval for RECORD//Sentinel Case 305A-WF-3492432
```

Good afternoon,

As you are sorting through the header information, any emails relating to Dropbox would be of interest. The relevant upload/activity dates and times for the Dropbox CSAM are listed below:

        11/21/2018 19:49
        12/4/2018 21:31
        11/21/2018 19:49
        11/21/2018 19:51
        11/21/2018 19:51
        12/30/2020 18:13
        8/18/2018 7:42

Also, if there are any emails connected to Skype (account ███████ or any emails connected to Skype that will be helpful.  There was a cybertip from 2016 where he uploaded CSAM on Skype on 7/9/2016.

```
========================================================
Classification: UNCLASSIFIED
```