FD-302 (Rev. 5-8-10)

UNCLASSIFIED//FOUO

FEDERAL BUREAU OF INVESTIGATION

Date of entry  02/09/2022

**CHILD VICTIM AND CHILD WITNESS IDENTITY INFORMATION**

This document contains information regarding a child victim's or child witness's identity, which may only be disclosed to individuals who have a need-to-know such information by reason of their participation in the associated investigation or proceeding, or if disclosure is necessary to protect the welfare and well-being of the child.

**FEDERAL GRAND JURY INFORMATION**

This document contains Federal Grand Jury information and would reveal the strategy or direction of the investigation, the nature of the evidence produced before the grand jury, the views expressed by members of the grand jury, or any other matters which have occurred, which are occurring, or which are likely to occur before the grand jury. The information may not be disclosed, within or outside the FBI, except, as provided for in Federal Rule of Criminal Procedure 6(e)(3): (1) to an attorney for the government for use in performing that attorney's duty, or, at the direction of an attorney for the government; (2) to any government personnel — including those of a state, state subdivision, Indian tribe, or foreign government — that an attorney for the government considers necessary to assist in performing that attorney's duty to enforce federal criminal law; (3) to an attorney for the government for the use in enforcing 12 U.S.C. § 1833a or any civil forfeiture provision of Federal law; (4) to another federal grand jury; (5) pursuant to Rule 6(e)(3)(D) (regarding the disclosure of foreign intelligence, counterintelligence, or foreign intelligence information); (6) or as authorized by the court.

(U) On or about 11/29/2021, the writer the copied the results of an ECPA 2703(d) Order provided by Google, LCC, which were provided, but not reviewed, by the investigative team for the sole purpose of filtering the results for news gathering information, as per the guidance provided by the United States Attorney's Office for the Eastern District of Virginia Filter Team Practices and Procedures memorandum, dated 11/24/2021.

(U) This communication documents that the above referenced results were reviewed and a partial dissemination of the results, including customer/subscriber information, pay information and account activity were reviewed in their entirety by the writer with no news gathering information noted.

UNCLASSIFIED//FOUO

| | |
|---|---|
| Investigation on  02/07/2022  at Manassas, Virginia, United States (Email, Other (Review)) | |
| File # 305A-WF-3492432-FILTER | Date drafted 02/09/2022 |
| by Stephen A. Chiappetta | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

**UNCLASSIFIED//FOUO**

305A-WF-3492432-FILTER

Continuation of FD-302 of (U//FOUO) Filter review of ECPA 2703(d) results from Google, LLC. , On 02/07/2022 , Page 2 of 2

(U) The portion of the above referenced results containing email header information is still under filter team review and the results will be provided to the investigative team when completed.

(U) A hard copy CD of the above referenced partially filtered results was provided to the investigative team on or about 02/07/2022 in accordance with the memorandum of 11/24/2021.

**UNCLASSIFIED//FOUO**