UNCLASSIFIED

Physical 1A/1C Cover Sheet for Serial Export

| | |
|---|---|
| **Created From:** | 305A-WF-3492432-FILTER Serial 4 |
| **Package:** | 1A2 |
| **Stored Location:** | None |
| **Summary:** | (U) DVR containing partially filtered results from Google, LLC |
| **Acquired By:** | Stephen A. Chiappetta |
| **Acquired On:** | 2022-02-07 |
| **Attachment:** | (U) One DVR containing partially filtered results from Google, LLC. |