**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA**

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 1:23CR65-CMH |
| | ) | |
| JAMES MEEK. | ) | |

**ORDER**

This matter comes before the Court on Defendant's second motion to compel disclosure

of Rule 16 and Brady material.  Having been duly advised, the Court GRANTS the motion and

orders the government to disclose all Rule 16 and Brady material forthwith.

The Court further ORDERS that the parties shall appear for a hearing on

_____, 2023, and that the government is directed at that hearing to provide the

details of its process for retaining, searching, and disclosing discovery and Brady information to

the defense as specified in the Second Motion to Compel.

So Ordered on _____.


_____
United States District Court Judge
Alexandria, Virginia