| timestamp | user | action | path | size |
|---|---|---|---|---|
| 11/21/18 19:49 | 175347364 | ADD | /00/k/Video 22-09-2018, 12 | 844779 |
| 12/4/18 21:31 | 175347364 | MOVE | /00/1/Sex kids-07.mp4 | 1607256 |
| 11/21/18 19:49 | 175347364 | ADD | /00/k/Sex kids-07.mp4 | 1607256 |
| 11/21/18 19:51 | 175347364 | MOVE | /00/Kk/Video 27-05-2018, 8 | 891818 |
| 11/21/18 19:51 | 175347364 | ADD | /00/Sex kids (1)/Video 27-0 | 891818 |
| 12/30/20 18:13 | 175347364 | ADD | /00/prg lac vids/Video Feb | 13953722 |
| 8/18/18 7:42 | 175347364 | ADD | /00/trade/072omstjb_4.wm | 17911931 |