

# CyberTipline Report 87555105

## Priority Level: E
### (Report submitted by a registered Electronic Service Provider)

Received by NCMEC on 03-11-2021 23:45:43 UTC

All dates are displayed as MM-DD-YYYY

Except for times provided in Additional Information sections, all time zones are displayed in UTC

## Executive Summary

The following is a brief overview of information contained in this CyberTipline report:

**Incident Type:** Apparent Child Pornography

NCMEC Incident Type is based on NCMEC's review of the report **OR** a "Hash Match" of one or more uploaded files. NCMEC may not have viewed all uploaded files submitted by the reporting ESP.

**Total Uploaded Files:** 6

The National Center for Missing & Exploited Children (NCMEC) was incorporated in 1984 by child advocates as a private, non-profit 501(c)(3) organization to serve as a national clearinghouse and resource center for families, victims, private organizations, law enforcement, and the public on missing and sexually exploited child issues. To further our mission to help find missing children, reduce child sexual exploitation, and prevent future victimization, NCMEC operates the CyberTipline and Child Victim Identification Program. NCMEC makes information submitted to the CyberTipline and Child Victim Identification Program available to law enforcement and also uses this information to help identify trends and create child safety and prevention messages. As a clearinghouse, NCMEC also works with Electronic Service Providers, law enforcement and the public in a combined effort to reduce online child sexual abuse images. NCMEC performs its programs of work pursuant to its own private mission and independent business operations. NCMEC does not act in the capacity of or under the direction or control of the government or law enforcement agencies. NCMEC does not investigate and cannot verify the accuracy of the information submitted by reporting parties.



CyberTipline Report 87555105 | i

## Contents

Section A: Reported Information 1
- Reporting Electronic Service Provider (ESP) 1
- Relevant Terms of Service 1
- Incident Information 1
- Suspect 1
- Additional Information Submitted by the Reporting ESP 2
- Uploaded File Information 2–3

Section B: Automated Information Added by NCMEC Systems 4
- Explanation of Automated Information (in alphabetical order) 4
- Further Information on Uploaded Files 4
- Uploaded File Information 4
- Geo-Lookup (Suspect) 5

Section C: Additional Information Provided by NCMEC 6
- NCMEC Note #1 6
- Uploaded File Information 6

Section D: Law Enforcement Contact Information 8
- Virginia State Police 8

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*



CyberTipline Report 87555105 | 1

# Section A: Reported Information

The following information was submitted to the CyberTipline by the Reporting Person or Reporting ESP. The information appearing in Section A is information received in the original submission. The reporting of information in Section A, other than the "Incident Type" and "Incident Time," is voluntary and undertaken at the initiative of the Reporting Person or Reporting ESP.

## Reporting Electronic Service Provider (ESP)

**Submitter:**
Dropbox, Inc.
Dropbox Legal Team

Business Address:
1800 Owens St
San Francisco, CA 94158 United States

**Point of Contact for Law Enforcement:**
https://dl.dropboxusercontent.com/s/1x9ky01g3r1eqw5/Information_for_Law_Enforcement.pdf?dl=0

## Relevant Terms of Service

https://www.dropbox.com/acceptable_use

## Incident Information

| | |
|---|---|
| **Incident Type:** | Child Pornography (possession, manufacture, and distribution) |
| **Incident Time:** | 03-10-2021 23:45:42 UTC |
| **Description of Incident Time:** | The incidentDateTime is set to 24 hours before the report was sent from Dropbox to NCMEC. For example, if we submit a report on "3/14/17 13:30", we will set the the incidentDateTime to "3/13/17 13:30 |

## Suspect

| | |
|---|---|
| **Email Address:** | ▓▓▓▓▓▓▓▓ (Verified 07-20-2016 16:46:42 UTC) |
| **Screen/User Name:** | James Meek |
| **ESP User ID:** | ▓▓▓▓4 |
| **IP Address:** | ▓▓▓▓▓▓ ) 06-16-2020 04:36:05 UTC |
| **IP Address:** | ▓▓▓▓▓▓ ) 08-04-2020 18:40:38 UTC |
| **IP Address:** | ▓▓▓▓▓▓ ) 08-05-2020 23:31:05 UTC |
| **IP Address:** | ▓▓▓▓▓▓ ) 08-17-2020 16:52:18 UTC |
| **IP Address:** | ▓▓▓▓▓▓ ) 09-11-2020 15:03:14 UTC |
| **IP Address:** | ▓▓▓▓▓▓ ) 09-29-2020 15:29:57 UTC |
| **IP Address:** | ▓▓▓▓▓▓ ) 10-01-2020 14:43:29 UTC |
| **IP Address:** | ▓▓▓▓▓▓ ) 10-08-2020 21:21:31 UTC |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*



CyberTipline Report 87555105 | 2

| | | |
|---|---|---|
| IP Address: | ❙❙❙❙❙❙❙❙) 11-02-2020 22:19:15 UTC | |
| IP Address: | ❙❙❙❙❙❙❙❙) 11-26-2020 16:01:31 UTC | |
| IP Address: | 7❙❙❙❙❙❙❙) 01-10-2021 21:23:34 UTC | |
| IP Address: | ❙❙❙❙❙❙❙❙) 02-16-2021 20:32:27 UTC | |

### Additional Information Submitted by the Reporting ESP

Dropbox records are kept in GMT unless otherwise noted.

### Uploaded File Information

Number of uploaded files:   6

### Uploaded File Information

| | |
|---|---|
| Filename: | Video Feb 18, 4 32 16 AM.mp4 |
| MD5: | d0d19326966d6560435b5a9bd27ce644 |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | Yes |
| Metadata provided separately by ESP for the file? | Yes |
| Image Categorization by ESP: (See Section B for further explanation) | A1 |

### Uploaded File Information

| | |
|---|---|
| Filename: | Video 27-05-2018, 8 41 20 PM.mov |
| MD5: | 6022bcf1ab5d49a573fcb828983fd787 |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | Yes |
| Metadata provided separately by ESP for the file? | Yes |
| Image Categorization by ESP: (See Section B for further explanation) | A1 |

### Uploaded File Information

| | |
|---|---|
| Filename: | Video 22-09-2018, 12 10 47 PM.mp4 |
| MD5: | 5390c965e264ed630f52beb241e7efff |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*

Case 1:23-cr-00065-CMH   Document 57-3   Filed 05/04/23   Page 5 of 10 PageID# 382



CyberTipline Report 87555105 | 3

| | |
|---|---|
| Were entire contents of uploaded file publicly available? | Yes |
| Metadata provided separately by ESP for the file? | Yes |
| Image Categorization by ESP: (See Section B for further explanation) | A1 |

## Uploaded File Information

| | |
|---|---|
| Filename: | uploadlog.csv |
| MD5: | d00c6da8bf0483b772c91eb622c2beb7 |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | No |
| Metadata provided separately by ESP for the file? | Yes |

## Uploaded File Information

| | |
|---|---|
| Filename: | 072omstjb_4.wmv |
| MD5: | 67c404024557adb56c47a3e74fa6e135 |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | Yes |
| Metadata provided separately by ESP for the file? | Yes |
| Image Categorization by ESP: (See Section B for further explanation) | B1 |

## Uploaded File Information

| | |
|---|---|
| Filename: | Sex kids-07.mp4 |
| MD5: | a8011a148e7a3422187a0bd94837d062 |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | Yes |
| Metadata provided separately by ESP for the file? | Yes |
| Image Categorization by ESP: (See Section B for further explanation) | A1 |

This concludes Section A. All of the information in this section was submitted electronically to the CyberTipline by the Reporting Person, NCMEC Call Center or Reporting ESP. The information appearing in Section A is information received in the original submission. The reporting of information in Section A, other than the "Incident Type" and "Incident Time," is voluntary and undertaken at the initiative of the Reporting Person or Reporting ESP.

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*

CyberTipline Report 87555105 | 4

# Section B: Automated Information Added by NCMEC Systems

Upon receipt of a CyberTipline report, NCMEC Systems may conduct automated processes on the information submitted in Section A. The information found in Section B of this CyberTipline Report has been automatically generated by NCMEC Systems. If the CyberTipline Report was submitted by a member of the public, Section B will be blank.

## Explanation of Automated Information (in alphabetical order)

**Geo-Lookup:** When a Reporting ESP voluntarily reports an IP address for the "Suspect," NCMEC Systems will geographically resolve the IP address via a publicly-available online query. The results of this lookup are displayed.

Geolocation data is approximate and may not display a user's exact location. Please be aware that the geolocation information provided is not exact but is providing a reliable estimate of location based on IP address(es) voluntarily provided by the reporting ESP.

## Further Information on Uploaded Files

Number of uploaded files in each categorization category:

A1:     4
B1:     1

The following categorization system was created by various ESPs in January 2014:

|   | Content Ranking    | 1  | 2  |
|---|--------------------|----|----|
| A | Prepubescent Minor | A1 | A2 |
| B | Pubescent Minor    | B1 | B2 |

| Rank | Term | Definition |
|------|------|------------|
| 1 | Sex Act | Any image of sexually explicit conduct (actual or simulated sexual intercourse including genital-genital, oral-genital, anal-genital, or oral-anal whether between person of the same or opposite sex), bestiality, masturbation, sadistic or masochistic abuse, degradation, or any such depiction that lacks serious literary, artistic, political, or scientific value. |
| 2 | Lascivious Exhibition | Any image depicting nudity and one or more of: restraint, sexually suggestive poses, focus on genitals, inappropriate touching, adult arousal, spreading of limbs or genitals, and such depiction lacks serious literary, artistic, political, or scientific value. |

## Uploaded File Information

**File Tag(s):** NCMEC staff have not opened or viewed the uploaded files in this CyberTipline report that are listed below and designated as "Hash Match." The "Hash Match" designation indicates that the uploaded file matches the hash value of an uploaded file from a CyberTipline report that was previously viewed and categorized by NCMEC at the time this report was generated.

Was listed file(s) viewed by NCMEC staff? No

Does listed file(s) match file previously viewed and categorized from a CyberTipline report? Yes

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.  
Please treat all information in this Report as confidential.*

US-00000853

<pre>Case 1:23-cr-00065-CMH   Document 57-3   Filed 05/04/23   Page 7 of 10 PageID# 384</pre>



CyberTipline Report 87555105 | 5

## Files and Categorization

| Filename | MD5 | Categorization |
|---|---|---|
| Video 27-05-2018, 8 41 20 PM.mov | 6022bcf1ab5d49a573fcb828983fd787 | Apparent Child Pornography |
| Video 22-09-2018, 12 10 47 PM.mp4 | 5390c965e264ed630f52beb241e7efff | Apparent Child Pornography |
| Sex kids-07.mp4 | a8011a148e7a3422187a0bd94837d062 | Apparent Child Pornography |

## Geo-Lookup (Suspect)

| IP Address | Country | Region | City | Metro Area | Postal Code | Area Code | Lat/Long | ISP/Org |
|---|---|---|---|---|---|---|---|---|
| XXXXX1 | US | VA | Arlington | Washington, DC (Hagerstown) | 22204 | | XXXX/ - X- | Verizon Fios/ Verizon Fios |
| XXXXX8 | US | VA | Arlington | Washington, DC (Hagerstown) | 22204 | | XXXX/ - X- | Verizon Fios/ Verizon Fios |

This concludes Section B

<pre>This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.</pre>

<pre>US-00000854</pre>



# Section C: Additional Information Provided by NCMEC

Section C contains information collected by NCMEC staff based on the information electronically submitted by the Reporting Person, NCMEC Call Center or Reporting ESP. Section C may contain a variety of additional information, including data gathered from queries on publicly-available, open-source websites. Any queries conducted by NCMEC staff will be documented and any query results will be saved to the electronic filing system when possible. The CyberTipline cannot confirm the accuracy of information found in public records or whether the results are affiliated with any parties relating to this report.

| | |
|---|---|
| **NCMEC Priority Level:** | E (Report submitted by a registered Electronic Service Provider) |
| **NCMEC Classification*:** | Apparent Child Pornography |
| **International Country:** | United States |
| **NCMEC Date Processed:** | 04-05-2021 17:16:47 UTC |
| **Made Available to Law Enforcement by NCMEC:** | Yes |

NCMEC Classification is based on NCMEC's review of the report **OR** a "Hash Match" of one or more uploaded files. NCMEC may not have viewed all uploaded files submitted by the reporting ESP.

## NCMEC Note #1

*ECD-SE 04-05-2021 17:16:47 UTC*

CT/TA for reported identifiers yielded negative or irrelevant results.

====

This report has been sent to the VA State Police ICAC based on the IP address of the reported suspect.

## Uploaded File Information

**Files Viewed by NCMEC:**

NCMEC staff have viewed the following uploaded files which have been previously viewed and categorized by NCMEC at the time this report was generated.

### Files Viewed by NCMEC

| Filename | MD5 | Categorization |
|---|---|---|
| Video Feb 18, 4 32 16 AM.mp4 | d0d19326966d6560435b5a9bd27ce644 | Apparent Child Pornography |
| 072omstjb_4.wmv | 67c404024557adb56c47a3e74fa6e135 | CP (Unconfirmed) |

**Files Not Viewed by NCMEC:**

NCMEC staff have not viewed the following uploaded files submitted with this report and have no information concerning the content of the uploaded files other than information voluntarily provided in the report by the reporting ESP.

### Files Not Viewed by NCMEC

| Filename | MD5 |
|---|---|
| uploadlog.csv | d00c6da8bf0483b772c91eb622c2beb7 |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*



CyberTipline Report 87555105 | 7

This concludes Section C

If you need further information regarding the contents of this Report, please contact the CyberTipline at ecuassistance@ncmec.org or 1-877-446-2632, ext. 6702.

For more information regarding images containing identified child victims, please contact the Child Victim Identification Program (CVIP) at cvip@ncmec.org.

This report contains ESP provided metadata information for one or more uploaded files.

For reports received through IDS, any metadata information provided separately by the ESP may be viewed by accessing 'Case Information' and viewing the 'Raw CyberTip Details' of the report.

For reports received through the CyberTip Downloader, any metadata information provided separately by the ESP may be viewed by accessing the 'Report Summary' page and clicking on 'Uploaded by ESP'. Files with metadata information provided separately by the ESP will display 'Metadata' with a 'View' option. Clicking on 'View' will display the available metadata in a new window.

Additionally, metadata information provided separately by the ESP may be viewed by accessing the XML file and viewing the espMetadata section of the report.

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*

US-00000856



CyberTipline Report 87555105 | 8

# Section D: Law Enforcement Contact Information

The report was made available to the Law Enforcement Agency listed below.

| Virginia State Police |
|---|

**Investigator:**

Assigned Officer:    Access VPN
Title:    Captain Alan Worsham
City/State:    Fairfax, VA
Country:    United States
Phone Number:    804-674-2696
Email Address:    Courtney.Goode@vsp.virginia.gov,novadcicac@vsp.virginia.gov,gerilynn.dubose@vsp.virginia.gov,mike.brown@vsp.virginia.gov,rob.brown@vsp.virginia.gov

Time/Date was made available: 04-05-2021 17:16:47 UTC

This concludes Section D

This concludes CyberTipline Report 87555105

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.*