

**U.S. Department of Justice**

Federal Bureau of Investigation

---

9325 Discovery Blvd
Manassas, VA 20109
March 10, 2021

Google LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043
Attn: Investigations Support

RE: Request for Preservation of Records

To Whom It May Concern:

Pursuant to Title 18, United States Code, Section 2703(f), this letter is a formal request for the preservation of all stored communications, records, and other evidence in your possession regarding the following account pending further legal process:

("the Account").

I request that you not disclose the existence of this request to the subscriber or any other person, other than as necessary to comply with this request. If compliance with this request might result in a permanent or temporary termination of service to the Account, or otherwise alert any user of the Account as to your actions to preserve the information described below, please contact me as soon as possible and before taking action.

I request that you preserve, for a period of 90 days, the information described below currently in your possession in a form that includes the complete record. This request applies only retrospectively. It does not in any way obligate you to capture and preserve new information that arises after the date of this request.

This preservation request specifically applies to all records and other evidence relating to the subscriber(s), customer(s), account holder(s), or other entity(ies) associated with the subscriber(s) identified above, including, without limitation:

1. The contents of any communication or file stored by or for the Account and any associated accounts, and any information associated with those communications or files, such as the source and destination email addresses or

IP addresses, including but not limited to, all email communications, text and files, all instant messaging communications, text and files, all cached instant messaging communications, text and files, and all other text-based content.

2. All records and other information relating to the Account and any associated accounts including the following:

   a. Names (including subscriber names, user names, and screen names);

   b. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

   c. Local and long distance telephone connection records;

   d. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ["IP"] addresses) associated with those sessions;

   e. Length of service (including start date) and types of service utilized;

   f. Telephone or instrument numbers (including MAC addresses);

   g. Other subscriber numbers or identities (including the registration Internet Protocol ["IP"] addresses); and

   h. Means and source of payment for such service (including any credit card or bank account number) and billing records.

If you have any questions regarding this request, please contact Special Agent Richard Guida, cell number (646) 210-9507.

Sincerely,

Barbara B. Smith
Supervisory Special Agent