IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>JAMES GORDON MEEK,<br><br>*Defendant.* | Case No. 1:23-CR-65 |

### DECLARATION OF FBI SPECIAL AGENT RICHARD J. GUIDA

I, Richard J. Guida, declare as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"). I have been employed with the FBI as a Special Agent since January 2008 and am currently assigned to the Washington Field Office. My duties include the investigation of various violations of federal criminal laws including matters involving the online sexual exploitation of children, in violation of 18 US.C. §§ 2251 and 2252, which criminalize, among other things, the production, advertising, possession, receipt and transportation of child pornography.

2. As a Special Agent with the FBI, I have basic and on-the-job training in the investigative area of child exploitation and child pornography. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256). I have participated in federal investigations of crimes against children and am authorized to execute

1

warrants issued under the authority of the United States. I have participated in numerous search warrants, to include matters that involved child exploitation or child pornography.

3. On 09/07/2021, the Arlington Police Department ('APD") forwarded National Center for Missing and Exploited Children ("NCMEC") CyberTip 87555105 to the FBI. Specifically, APD provided the CyberTip to FBI Special Agent Laura Calvillo during an in-person meeting. The CyberTip stated that a Dropbox subscriber had uploaded child pornography to the subscriber's account. Dropbox provided the account holder name and email address as James Meek and ███████@gmail.com.

4. On or about 09/08/2021, I reviewed the files associated with the CyberTip and confirmed they depicted minors engaged in sexually explicit conduct. Open sources revealed that James Meek was employed by ABC News as a National Security Investigative Producer. On 09/08/2021, in light of my review of the CyberTip, confirmation that it contained minors engaged in sexually explicit conduct, and Meek's employment as a member of the new media, I submitted an opening for a Sensitive Investigative Matter investigation. This opening was coordinated with the US Attorney's Office for the Eastern District of Virginia. On or about 09/08/2021, I requested SOS Alexa Rae George serve preservation letters to Dropbox, Google, and Skype. On or about 09/09/2021, SOS George served these preservation letters.

5. The FBI had no coordination with Dropbox regarding this matter until on or about 09/09/2021 when the FBI served Dropbox with a preservation letter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18TH day of May 2023.

_____
RICHARD J. GUDIA
Special Agent
Federal Bureau of Investigation