## George, Alexa (WF) (FBI)

| | |
|---|---|
| **From:** | lers@google.com |
| **Sent:** | Thursday, September 9, 2021 6:12 PM |
| **To:** | George, Alexa (WF) (FBI) |
| **Subject:** | [EXTERNAL EMAIL] - LERS Submission Confirmation - Google Reference. No. 6595016 |

This is an automated response to advise you that Google Legal Investigations Support has successfully received your legal request submission.

Google receives a very high volume of legal process every day. The team processes legal requests in the order that we receive them. You may monitor the status of your request by logging into your LERS account.

If your request relates to exigent circumstances or if you have further questions, please email USLawEnforcement@google.com and include the Google reference number listed in the subject line. Please include a description of the exigency or your question(s) so that we may assess your request accordingly.

Regards,
Google Legal Investigations Support