## DECLARATION OF TOBIAS WULFF

I, Tobias Wulff, declare and certify as follows:

1. I am the Content Safety Manager at Dropbox, Inc. ("Dropbox"). I am over the age of eighteen and competent to make this declaration. I make each of the following statements based on my personal knowledge and I could, if necessary, testify to the truth of each of them.

2. I have been employed at Dropbox and a member of its Content Safety team since April 12, 2022. My responsibilities include evaluating whether certain content violates Dropbox's Acceptable Use Policy. I am familiar with Dropbox's procedures for reviewing and removing child sexual abuse material ("CSAM") and for providing CyberTipline Reports to the National Center for Missing and Exploited Children ("NCMEC").

3. Dropbox provides an online file syncing and collaboration service that allows users to access and share their files on computers, phones, tablets, and the Dropbox website. When Dropbox users upload files to their Dropbox accounts, they can choose whether to keep files private within their accounts, to share their files with specified Dropbox users, or to share their files with the public by creating a "shared link." Files that are shared publicly can be accessed over the Internet by any person who knows the Uniform Resource Locator ("URL") for the shared link.

4. Dropbox's Terms of Service incorporate our Acceptable Use Policy and, as in place in March 2021, they prohibited our services from being used to "publish or share materials that are unlawfully pornographic or indecent," or that "violate the law in any way." The Terms of Service further explained that, "To provide these and other

1

features, Dropbox accesses, stores, and scans Your Stuff." and that Dropbox "may review your conduct and content for compliance with these Terms and our Acceptable Use Policy."

5.  Dropbox's Privacy Policy in March 2021 stated that Dropbox discloses user information to third parties if it determined that a disclosure is "reasonably necessary to…comply with any applicable law." True and correct copies of Dropbox's Terms of Service, Acceptable Use Policy, and Privacy Policy are attached hereto as Exhibit A.

6.  Dropbox has a strong business interest in enforcing its Acceptable Use Policy and ensuring that its service is free of illegal content, including in particular CSAM. Dropbox independently and voluntarily takes steps to safeguard our platform against CSAM because we do not want our services to be associated with or used to store such content, and because users may stop using our services if they encounter it. Removing CSAM from our services is thus critically important to protecting our users, our services, our brand, and our business interests.

7.  Based on these private, business interests, Dropbox's content safety team, which is comprised of Dropbox employees and contractors, removes content, including CSAM, from Dropbox's services if that content violates Dropbox's Terms of Service and Acceptable Use Policy. I am informed that as of March 2021 and through the present, Dropbox would have become aware of apparent CSAM on its services in several ways, including reports from members of the public, law enforcement, and NCMEC, as well as through the use of scanning technology. Dropbox does not receive training materials about illegal user content from law enforcement or from NCMEC.

8. When Dropbox receives a report of potential CSAM, its content safety team reviews the material and determines whether it violates Dropbox's Terms of Service and Acceptable Use Policy. If so, the Dropbox account is disabled.

9. When Dropbox discovers apparent child pornography as defined in 18 U.S.C. § 2256, Dropbox provides a report to NCMEC via the CyberTipline in accordance with its statutory obligation under 18 U.S.C. § 2258A. Dropbox trains its content safety team on the legal obligation to report apparent child pornography. The team has been trained on the statutory definition of child pornography and how to recognize it on our services. Dropbox makes reports in accordance with that training.

10. All apparent child pornography is manually reviewed by a member of the Dropbox content safety team before it is reported to NCMEC. This review is necessary for quality control purposes and to confirm the content to be reported qualifies as apparent child pornography.

11. On 11 March 2021, Dropbox provided to NCMEC the information in Section A of CyberTipline Report 87555105. Dropbox did not separately communicate with NCMEC or with law enforcement about the information provided in CyberTipline Report 87555105 before it was reported. Dropbox did not become aware of the content reported in CyberTipline Report 87555105 through communications from NCMEC or from law enforcement. The content was detected when a user attempted to create a shared link to the reported files or a shared link to a folder containing the reported files.

12. When Dropbox indicates in a CyberTipline report that a file was "Reviewed by ESP," or otherwise states or indicates that Dropbox has viewed or

reviewed the file, Dropbox is referring to a review of that image by a human reviewer prior to making the report.

I declare, under penalty of perjury, that the foregoing is true and correct, to the best of my knowledge and belief.

Executed on **5/18/2023**.

*[signature]*

**Tobias Wulff**



Sign in

**Dropbox Terms of Service**

Posted: July 25, 2019

Effective: September 24, 2019

You can see your previous Terms here.

Thanks for using Dropbox! Our mission is to create a more enlightened way of working by providing an intuitive, unified platform to keep your content safe and accessible while helping you and those you work with stay coordinated and in sync. These terms of service ("**Terms**") cover your use and access to our services, client software and websites ("**Services**"). If you reside outside of the United States of America, Canada and Mexico ("**North America**") your agreement is with Dropbox International Unlimited Company. If you reside in North America your agreement is with Dropbox, Inc. Our Privacy Policy explains how we collect and use your information while our Acceptable Use Policy outlines your responsibilities when using our Services. By using our Services, you're agreeing to be bound by these Terms, our Privacy Policy, and Acceptable Use Policy.

**Your Stuff & Your Permissions**

When you use our Services, you provide us with things like your files, content, messages, contacts, and so on ("**Your Stuff**"). Your Stuff is yours. These Terms don't give us any rights to Your Stuff except for the limited rights that enable us to offer the Services.

We need your permission to do things like hosting Your Stuff, backing it up, and sharing it when you ask us to. Our Services also provide you with features like commenting, sharing, searching, image thumbnails, document previews, optical character recognition (OCR), easy sorting and organization, and personalization to help reduce busywork. To provide these and other features, Dropbox accesses, stores, and scans Your Stuff. You give us permission to do those things, and this permission extends to our affiliates and trusted third parties we work with.

**Your Responsibilities**

Your use of our Services must comply with our Acceptable Use Policy. Content in the Services may be protected by others' intellectual property rights. Please don't copy, upload, download, or share content unless you have the right to do so.

Dropbox may review your conduct and content for compliance with these Terms and our Acceptable Use Policy. We aren't responsible for the content people post and share via the Services.

Help us keep Your Stuff protected. Safeguard your password to the Services, and keep your account information current. Don't share your account credentials or give others access to your account.

You may use our Services only as permitted by applicable law, including export control laws and regulations. Finally, to use our Services, you must be at least 13 (or older, depending on where you live).

**Software**

Some of our Services allow you to download client software ("**Software**") which may update automatically. So long as you comply with these Terms, we give you a limited, nonexclusive, nontransferable, revocable license to use the Software, solely to access the Services. To the extent any component of the Software may be offered under an open source license, we'll make that license available to you and the provisions of that license may expressly override some of these Terms. Unless the following restrictions are prohibited by law, you agree not to reverse engineer or decompile the Services, attempt to do so, or assist anyone in doing so.

**Beta Services**

We sometimes release products and features that we're still testing and evaluating ("Beta Services"). Beta Services are labeled "alpha," "beta," "preview," "early access," or "evaluation" (or with words or phrases with similar meanings) and may not be as reliable as Dropbox"s other services. Beta Services are made available so that we can collect user feedback, and by using our Beta Services, you agree that we may contact you to collect such feedback.

Beta Services are confidential until official launch. If you use any Beta Services, you agree not to disclose any information about those Services to anyone else without our permission.

**Our Stuff**

The Services are protected by copyright, trademark, and other US and foreign laws. These Terms don't grant you any right, title, or interest in the Services, others' content in the Services, Dropbox trademarks, logos and other brand features. We welcome feedback, but note that we may use comments or suggestions without any obligation to you.

**Copyright**

We respect the intellectual property of others and ask that you do too. We respond to notices of alleged copyright infringement if they comply with the law, and such notices should be reported using our Copyright Policy. We reserve the right to delete or disable content alleged to be infringing and terminate accounts of repeat infringers. Our designated agent for notice of alleged copyright infringement on the Services is:

Copyright Agent
Dropbox, Inc.
1800 Owens St
San Francisco, CA 94158
copyright@dropbox.com

**Paid Accounts**

*Billing.* You can increase your storage space and add paid features to your account (turning your account into a "Paid Account"). We'll automatically bill you from the date you convert to a Paid Account and on each periodic renewal until cancellation. If you're on an annual plan, we'll send you a notice email reminding you that your plan is about to renew within a reasonable period of time prior to the renewal date. You're responsible for all applicable taxes, and we'll charge tax when required to do so. Some countries have mandatory local laws regarding your cancellation rights, and this paragraph doesn't override these laws.

*No Refunds.* You may cancel your Dropbox Paid Account at any time. Refunds are only issued if required by law. For example, users living in the European Union have the right to cancel their Paid Account subscriptions within 14 days of signing up for, upgrading to, or renewing a Paid Account.

*Downgrades.* Your Paid Account will remain in effect until it's cancelled or terminated under these Terms. If you don't pay for your Paid Account on time, we reserve the right to suspend it or remove Paid Account features.

*Changes.* We may change the fees in effect but will give you advance notice of these changes via a message to the email address associated with your account.

**Dropbox Business Teams**

*Email address.* If you sign up for a Dropbox account with an email address provisioned by your organization, your organization may be able to block your use of Dropbox until you transition to an account on a Dropbox Business or Education team (collectively, "Dropbox Business Team") or you associate your Dropbox account with a personal email address.

*Using Dropbox Business Teams.* If you join a Dropbox Business Team, you must use it in compliance with your organization's terms and policies. Please note that Dropbox Business Team accounts are subject to your organization's control. Your administrators may be able to access, disclose, restrict, or remove information in or from your Dropbox Business Team account. They may also be able to restrict or terminate your access to a Dropbox Business Team account. If you convert an existing Dropbox account into part of a Dropbox Business Team, your administrators may prevent you from later disassociating your account from the Dropbox Business Team.

**Termination**

You're free to stop using our Services at any time. We reserve the right to suspend or terminate your access to the Services with notice to you if:

> (a) you're in breach of these Terms,
>
> (b) your use of the Services would cause a real risk of harm or loss to us or other users, or
>
> (c) you don't have a Paid Account and haven't accessed our Services for 12 consecutive months.

We'll provide you with reasonable advance notice via the email address associated with your account to remedy the activity that prompted us to contact you and give you the opportunity to export Your Stuff from our Services. If after such notice you fail to take the steps we ask of you, we'll terminate or suspend your access to the Services.

We won't provide notice before termination where:

> (a) you're in material breach of these Terms,
>
> (b) doing so would cause us legal liability or compromise our ability to provide the Services to our other users, or
>
> (c) we're prohibited from doing so by law.

**Discontinuation of Services**

We may decide to discontinue the Services in response to unforeseen circumstances beyond Dropbox's control or to comply with a legal requirement. If we do so, we'll give you reasonable prior notice so that you can export Your Stuff from our systems. If we

discontinue the Services in this way before the end of any fixed or minimum term you have paid us for, we'll refund the portion of the fees you have pre-paid but haven't received Services for.

**Services "AS IS"**

We strive to provide great Services, but there are certain things that we can't guarantee. TO THE FULLEST EXTENT PERMITTED BY LAW, DROPBOX AND ITS AFFILIATES, SUPPLIERS AND DISTRIBUTORS MAKE NO WARRANTIES, EITHER EXPRESS OR IMPLIED, ABOUT THE SERVICES. THE SERVICES ARE PROVIDED "AS IS." WE ALSO DISCLAIM ANY WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT. Some places don't allow the disclaimers in this paragraph, so they may not apply to you.

**Limitation of Liability**

WE DON'T EXCLUDE OR LIMIT OUR LIABILITY TO YOU WHERE IT WOULD BE ILLEGAL TO DO SO—THIS INCLUDES ANY LIABILITY FOR DROPBOX'S OR ITS AFFILIATES' FRAUD OR FRAUDULENT MISREPRESENTATION IN PROVIDING THE SERVICES. IN COUNTRIES WHERE THE FOLLOWING TYPES OF EXCLUSIONS AREN'T ALLOWED, WE'RE RESPONSIBLE TO YOU ONLY FOR LOSSES AND DAMAGES THAT ARE A REASONABLY FORESEEABLE RESULT OF OUR FAILURE TO USE REASONABLE CARE AND SKILL OR OUR BREACH OF OUR CONTRACT WITH YOU. THIS PARAGRAPH DOESN'T AFFECT CONSUMER RIGHTS THAT CAN'T BE WAIVED OR LIMITED BY ANY CONTRACT OR AGREEMENT.

IN COUNTRIES WHERE EXCLUSIONS OR LIMITATIONS OF LIABILITY ARE ALLOWED, DROPBOX, ITS AFFILIATES, SUPPLIERS OR DISTRIBUTORS WON'T BE LIABLE FOR:

> i. ANY INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE, EXEMPLARY, OR CONSEQUENTIAL DAMAGES, OR
>
> ii. ANY LOSS OF USE, DATA, BUSINESS, OR PROFITS, REGARDLESS OF LEGAL THEORY.

THESE EXCLUSIONS OR LIMITATIONS WILL APPLY REGARDLESS OF WHETHER OR NOT DROPBOX OR ANY OF ITS AFFILIATES HAS BEEN WARNED OF THE POSSIBILITY OF SUCH DAMAGES.

IF YOU USE THE SERVICES FOR ANY COMMERCIAL, BUSINESS, OR RE-SALE PURPOSE, DROPBOX, ITS AFFILIATES, SUPPLIERS OR DISTRIBUTORS WILL HAVE NO LIABILITY TO YOU FOR ANY LOSS OF PROFIT, LOSS OF BUSINESS, BUSINESS INTERRUPTION, OR LOSS OF BUSINESS OPPORTUNITY. DROPBOX AND ITS AFFILIATES AREN'T RESPONSIBLE FOR THE CONDUCT, WHETHER ONLINE OR OFFLINE, OF ANY USER OF THE SERVICES.

OTHER THAN FOR THE TYPES OF LIABILITY WE CANNOT LIMIT BY LAW (AS DESCRIBED IN THIS SECTION), WE LIMIT OUR LIABILITY TO YOU TO THE GREATER OF $20 USD OR 100% OF ANY AMOUNT YOU'VE PAID UNDER YOUR CURRENT SERVICE PLAN WITH DROPBOX.

**Resolving Disputes**

*Let's Try to Sort Things Out First.* We want to address your concerns without needing a formal legal case. Before filing a claim against Dropbox, you agree to try to resolve the dispute informally by contacting dispute-notice@dropbox.com. We'll try to resolve the dispute informally by contacting you via email. If a dispute is not resolved within 15 days of submission, you or Dropbox may bring a formal proceeding.

*Judicial Forum for Disputes.* You and Dropbox agree that any judicial proceeding to resolve claims relating to these Terms or the Services will be brought in the federal or state courts of San Francisco County, California, subject to the mandatory arbitration provisions below. Both you and Dropbox consent to venue and personal jurisdiction in such courts. If you reside in a country (for example, a member state of the European Union) with laws that give consumers the right to bring disputes in their local courts, this paragraph doesn't affect those requirements.

**IF YOU'RE A U.S. RESIDENT, YOU ALSO AGREE TO THE FOLLOWING MANDATORY ARBITRATION PROVISIONS:**

> *We Both Agree to Arbitrate.* You and Dropbox agree to resolve any claims relating to these Terms or the Services through final and binding arbitration by a single arbitrator, except as set forth under Exceptions to Agreement to Arbitrate below. This includes disputes arising out of or relating to interpretation or application of this "Mandatory Arbitration Provisions" section, including its enforceability, revocability, or validity.
>
> *Opt-out of Agreement to Arbitrate.* You can decline this agreement to arbitrate by clicking here and submitting the opt-out form within 30 days of first registering your account. However, if you agreed to a previous version of these Terms that allowed you to opt out of arbitration, your previous choice to opt out or not opt out remains binding.
>
> *Arbitration Procedures.* The American Arbitration Association (AAA) will administer the arbitration under its Commercial Arbitration Rules and the Supplementary Procedures for Consumer Related Disputes. The arbitration will be held in the United States county where you live or work, San Francisco (CA), or any other location we agree to.
>
> *Arbitration Fees and Incentives.* The AAA rules will govern payment of all arbitration fees. Dropbox will pay all arbitration fees for individual arbitration for claims less than $75,000. If you receive an arbitration award that is more favorable than any offer we make to resolve the claim, we will pay you $1,000 in addition to the award.

Dropbox will not seek its attorneys' fees and costs in arbitration unless the arbitrator determines that your claim is frivolous.

*Exceptions to Agreement to Arbitrate.* Either you or Dropbox may assert claims, if they qualify, in small claims court in San Francisco (CA) or any United States county where you live or work. Either party may bring a lawsuit solely for injunctive relief to stop unauthorized use or abuse of the Services, or intellectual property infringement (for example, trademark, trade secret, copyright, or patent rights) without first engaging in arbitration or the informal dispute-resolution process described above. If the agreement to arbitrate is found not to apply to you or your claim, you agree to the exclusive jurisdiction of the state and federal courts in San Francisco County, California to resolve your claim.

**NO CLASS ACTIONS**. You may only resolve disputes with us on an individual basis, and may not bring a claim as a plaintiff or a class member in a class, consolidated, or representative action. Class arbitrations, class actions, private attorney general actions, and consolidation with other arbitrations aren't allowed. If this specific paragraph is held unenforceable, then the entirety of this "Mandatory Arbitration Provisions" section will be deemed void.

**Controlling Law**

These Terms will be governed by California law except for its conflicts of laws principles. However, some countries (including those in the European Union) have laws that require agreements to be governed by the local laws of the consumer's country. This paragraph doesn't override those laws.

**Entire Agreement**

These Terms constitute the entire agreement between you and Dropbox with respect to the subject matter of these Terms, and supersede and replace any other prior or contemporaneous agreements, or terms and conditions applicable to the subject matter of these Terms. These Terms create no third party beneficiary rights.

**Waiver, Severability & Assignment**

Dropbox's failure to enforce a provision is not a waiver of its right to do so later. If a provision is found unenforceable, the remaining provisions of the Terms will remain in full effect and an enforceable term will be substituted reflecting our intent as closely as possible. You may not assign any of your rights under these Terms, and any such attempt will be void. Dropbox may assign its rights to any of its affiliates or subsidiaries, or to any successor in interest of any business associated with the Services.

**Modifications**

We may revise these Terms from time to time to better reflect:

    (a) changes to the law,

    (b) new regulatory requirements, or

    (c) improvements or enhancements made to our Services.

If an update affects your use of the Services or your legal rights as a user of our Services, we'll notify you prior to the update's effective date by sending an email to the email address associated with your account or via an in-product notification. These updated terms will be effective no less than 30 days from when we notify you.

If you don't agree to the updates we make, please cancel your account before they become effective. Where applicable, we'll offer you a prorated refund based on the amounts you have prepaid for Services and your account cancellation date. By continuing to use or access the Services after the updates come into effect, you agree to be bound by the revised Terms.

| Dropbox | About us | Support | Community | English (United States) |
|---|---|---|---|---|
| Install | Dropbox Blog | Help Center | Referrals | |
| Mobile | About | Contact us | Forum | |
| Pricing | Branding | Copyright | Twitter | |
| Business | News | Cookies | Facebook | |
| Enterprise | Jobs | Privacy & Terms | Developers | |
| Features | | Sitemap | | |



| Terms of Service | Privacy Policy | Business Agreement | DMCA Policy |

Dropbox's Privacy Policy will be changing effective January 12, 2022. Click here to review.

If your organization signed a Dropbox Business or Dropbox Enterprise Agreement with Dropbox, that Agreement may have modified the privacy policy below. Please contact your organization's Admin for details.

# Dropbox Privacy Policy

Posted: December 17, 2019

Effective: January 1, 2020

You can see the previous Privacy Policy here.

Thanks for using Dropbox! Here we describe how we collect, use, and handle your personal data when you use our websites, software, and services ("**Services**"). For more information and details, please see our Frequently Asked Questions page.

**What & Why**

We collect and use the following information to provide, improve, protect, and promote our Services.

*Account information.* We collect, and associate with your account, the information you provide to us when you do things such as sign up for your account, upgrade to a paid plan, and set up two-factor authentication (like your name, email address, phone number, payment info, and physical address).

*Your Stuff.* Our Services are designed as a simple and personalized way for you to store your files, documents, photos, comments, messages, and so on ("**Your Stuff**"), collaborate with others, and work across multiple devices and services. To make that possible, we store, process, and transmit Your Stuff as well as information related to it. This related information includes your profile information that makes it easier to collaborate and share Your Stuff with others, as well as things like the size of the file, the time it was uploaded, collaborators, and usage activity.

*Contacts.* You may choose to give us access to your contacts to make it easy for you to do things like share and collaborate on Your Stuff, send messages, and invite others to use the Services. If you do, we'll store those contacts on our servers for you to use.

*Usage information.* We collect information related to how you use the Services, including actions you take in your account (like sharing, editing, viewing, creating and moving files or folders). We use this information to provide, improve, and promote our Services, and protect Dropbox users. Please refer to our [FAQ](#) for more information about how we use this usage information.

*Device information.* We also collect information from and about the devices you use to access the Services. This includes things like IP addresses, the type of browser and device you use, the web page you visited before coming to our sites, and identifiers associated with your devices. Your devices (depending on their settings) may also transmit location information to the Services. For example, we use device information to detect abuse and identify and troubleshoot bugs.

*Cookies and other technologies.* We use technologies like [cookies and pixel tags](#) to provide, improve, protect, and promote our Services. For example, cookies help us with things like remembering your username for your next visit, understanding how you are interacting with our Services, and improving them based on that information. You can set your browser to not accept cookies, but this may limit your ability to use the Services. If our systems receive a DNT:1 signal from your browser, we'll respond to that signal as outlined [here](#). We may also use third-party service providers that set cookies and similar technologies to promote Dropbox services. You can learn more about how cookies and similar technologies work, as well as how to opt out of the use of them for advertising purposes, [here](#).

*Marketing.* We give users the option to use some of our Services free of charge. These free Services are made possible by the fact that some users upgrade to one of our paid Services. If you register for our Services, we will, from time to time, send you information about upgrades when permissible. Users who receive these marketing materials can opt out at any time. If you don't want to receive a particular type of marketing material from us, click the 'unsubscribe' link in the corresponding emails, or update your preferences in the [Notifications](#) section of your personal account.

We sometimes contact people who don't have a Dropbox account. For recipients in the EU, we or a third party will obtain consent before reaching out. If you receive an email and no longer wish to be contacted by Dropbox, you can unsubscribe and remove yourself from our contact list via the message itself.

*Bases for processing your data.* We collect and use the personal data described above in order to provide you with the Services in a reliable and secure manner. We also collect and use personal data for our legitimate business needs. To the extent we process your personal data for other purposes, we ask for your consent in advance or require that our partners obtain such consent. For more information on the lawful bases for processing your data, please see our [FAQ](#).

For more details on the categories of personal information that are included in the information above, please see our [FAQ](#).

**With Whom**

We may share information as discussed below, but we won't sell it to advertisers or other third parties.

*Others working for and with Dropbox.* Dropbox uses certain trusted third parties (for example, providers of customer support and IT services) for the business purposes of helping us provide, improve, protect, and promote our Services. These third parties will access your information to perform tasks on our behalf, and we'll remain responsible for their handling of your information per our instructions. For a list of trusted third parties that we use to process your personal data and more details on the categories of personal information that we've disclosed, please see our [FAQ](#).

*Other Dropbox Companies.* Dropbox shares infrastructure, systems, and technology with other Dropbox Companies to provide, improve, protect, and promote Dropbox Company Services. We process your information across the Dropbox Companies for these purposes, as permitted by applicable law and in accordance with their terms and policies. For more information on Dropbox Companies, Dropbox Company Services, and how your data is used, please see our [FAQ](#).

*Other users.* Our Services display information like your name, profile picture, device, email address, and usage information to other users you collaborate or choose to share with. When you register your Dropbox account with an email address on a domain owned by your employer or organization, we may help collaborators and administrators find you and your team by making some of your basic information—like your name, team name, profile picture, and email address—visible to other users on the same domain. This helps you sync up with teams you can join and helps other users share files and folders with you.

Certain features let you make additional information available to others.

*Other applications.* You can choose to connect your Dropbox account with third-party services––for example, via [Dropbox APIs](#). By doing so, you're enabling Dropbox and those third parties to exchange information about you and data in your account so that Dropbox and those third parties can provide, improve, protect, and promote their services. Please remember that third parties' use of your information will be governed by their own privacy policies and terms of service.

*Business Team Admins.* If you are a user of a Dropbox Business team (collectively, "Dropbox Business Team"), your administrator may have the ability to access and control your Dropbox Business Team account. Please refer to your organization's internal policies if you have questions about this. If you aren't a Dropbox Business Team user but interact with a Dropbox Business Team user (for example, by joining a shared folder or accessing stuff shared by that user), members of that organization may be able to view the name, email address, profile picture, and IP address that was associated with your account at the time of that interaction. If you share Your stuff with a Dropbox team user, the administrator of the team account may have the ability to access and edit what you share.

*Law & Order and the Public Interest.* We may disclose your information to third parties if we determine that such disclosure is reasonably necessary to: (a) comply with any applicable law, regulation, legal process, or appropriate government request; (b) protect any person from death or serious bodily injury; (c) prevent fraud or abuse of Dropbox or our users; (d) protect Dropbox's rights, property, safety, or interest; or (e) perform a task carried out in the public interest.

Stewardship of your data is critical to us and a responsibility that we embrace. We believe that your data should receive the same legal protections regardless of whether it's stored on our Services or on your home computer's hard drive. We'll abide by the following Government Request Principles when receiving, scrutinizing, and responding to government requests (including national security requests) for your data:

- Be transparent
- Fight blanket requests
- Protect all users, and
- Provide trusted services.

We publish a Transparency Report as part of our commitment to informing you about when and how governments ask us for information. This report details the types and numbers of requests we receive from law enforcement. We encourage you to review our Government Request Principles and Transparency Report for more detailed information on our approach and response to government requests.

**How**

*Security.* We have a team dedicated to keeping your information secure and testing for vulnerabilities. We continue to work on features to keep your information safe in addition to things like two-factor authentication, encryption of files at rest, and alerts when new devices and apps are linked to your account. We deploy automated technologies to detect abusive behavior and content that may harm our Services, you, or other users.

*User Controls.* You can access, amend, download, and delete your personal information by logging into your Dropbox account and going to your account settings page. Learn more here about managing your account information generally, or click here to learn how to change your profile information.

*Retention.* When you sign up for an account with us, we'll retain information you store on our Services for as long as your account exists or as long as we need it to provide you the Services. If you delete your account, we'll initiate deletion of this information after 30 days. Learn more here. But please note: (1) there might be some latency in deleting this information from our servers and back-up storage; and (2) we may retain this information if necessary to comply with our legal obligations, resolve disputes, or enforce our agreements.

**Where**

*Around the world.* To provide you with the Services, we may store, process, and transmit data in the United States and locations around the world—including those outside your country. Data may also be stored locally on the devices you use to access the Services.

*EU-U.S. Privacy Shield and Swiss-U.S. Privacy Shield.* When transferring data from the European Union, the European Economic Area, the United Kingdom, and Switzerland, Dropbox relies upon a variety of legal mechanisms, including contracts with our customers and affiliates. Dropbox complies with the EU-U.S. and Swiss–U.S. Privacy Shield Frameworks as set forth by the U.S. Department of Commerce regarding the collection, use, and retention of personal data transferred from the European Union, the European Economic Area, the United Kingdom, and Switzerland to the United States. Dropbox has certified to the Department of Commerce that it adheres to the Privacy Shield Principles with respect to such data You can find Dropbox's Privacy

Shield certification here. You can also learn more about Privacy Shield at https://www.privacyshield.gov.

Dropbox is subject to oversight by the U.S. Federal Trade Commission. JAMS is the US-based independent organization responsible for reviewing and resolving complaints about our Privacy Shield compliance—free of charge to you. We ask that you first submit any such complaints directly to us via privacy@dropbox.com. If you aren't satisfied with our response, please contact JAMS at https://www.jamsadr.com/eu-us-privacy-shield. In the event your concern still isn't addressed by JAMS, you may be entitled to a binding arbitration under Privacy Shield and its principles.

**Your Control and Access of Your Data**

You have control over your personal data and how it's collected, used, and shared. For example, you can:

- *Delete Your Stuff in your Dropbox account.* You can learn more about how to delete files saved on Dropbox here.
- *Change or correct personal data.* You can manage your account and the content contained in it, as well as edit some of your personal data, through your account settings page.
- *Access and take your data elsewhere.* You can access your personal data from your Dropbox account and you can download a copy of Your Stuff in a machine readable format as outlined here. You can also ask us for a copy of personal data you provided to us or that we've collected, the business or commercial purpose for collecting it, the types of sources we got it from, and types of third parties we've shared it with.
- *Object to the processing of your personal data.* Depending on the processing activity, you can request that we stop or limit processing of your personal data.

If you would like to submit a data access request, request that your personal data be deleted, or object to the processing of your personal data, please email us at privacy@dropbox.com. For more information on how to control and access your personal data, please see our FAQ.

*Dropbox as controller or processor.* If you reside in North America (the United States, Canada, and Mexico), Dropbox, Inc. acts as your service provider. For all other users, Dropbox International Unlimited Company acts as a controller of your personal data. If you are a Dropbox Business or Education customer outside of North America, Dropbox acts as a processor of your data.

**Changes**

If we're involved in a reorganization, merger, acquisition, or sale of our assets, your data may be transferred as part of that deal. We'll notify you (for example, via a message to the email address associated with your account) of any such deal and outline your choices in that event.

We may revise this Privacy Policy from time to time, and will post the most current version on our website. If a revision meaningfully reduces your rights, we will notify you.

**Contact**

Have questions or concerns about Dropbox, our Services, and privacy? Contact our Data Protection Officer at privacy@dropbox.com. If they can't answer your question, you have the right to contact your local data protection supervisory authority.

### Dropbox

Desktop app
Mobile apps
Plans
Security
Features
Advance access

### Company

About us
Jobs
Press
Investor relations
Blog

### Support

Help Center
Contact us
Cookie policy
Manage cookies
Privacy & terms
Sitemap

### Community

Developers
Referrals
Forum

### Connect

Twitter
Facebook
YouTube

### Products

Plus
Family
Professional
Business
Enterprise
HelloSign

  



English (United States)

**Dropbox Acceptable Use Policy**

Dropbox is used by millions of people, and we're proud of the trust placed in us. In exchange, we trust you to use our services responsibly.

You agree not to misuse the Dropbox services ("Services") or help anyone else to do so. For example, you must not even try to do any of the following in connection with the Services:

- probe, scan, or test the vulnerability of any system or network, unless done in compliance with our [Bug Bounty Program](#);
- breach or otherwise circumvent any security or authentication measures;
- access, tamper with, or use non-public areas or parts of the Services, or shared areas of the Services you haven't been invited to;
- interfere with or disrupt any user, host, or network, for example by sending a virus, overloading, flooding, spamming, or mail-bombing any part of the Services;
- access, search, or create accounts for the Services by any means other than our publicly supported interfaces (for example, "scraping" or creating accounts in bulk);
- send unsolicited communications, promotions or advertisements, or spam;
- send altered, deceptive or false source-identifying information, including "spoofing" or "phishing";
- promote or advertise products or services other than your own without appropriate authorization;
- abuse referrals or promotions to get more storage space than deserved or to sell storage space received from referrals or promotions;
- circumvent storage space limits;
- sell the Services unless specifically authorized to do so;
- publish or share materials that are unlawfully pornographic or indecent, or that contain extreme acts of violence or terrorist activity, including terror propaganda;
- advocate bigotry or hatred against any person or group of people based on their race, religion, ethnicity, sex, gender identity, sexual orientation, disability, or impairment;
- harass or abuse Dropbox personnel or representatives or agents performing services on behalf of Dropbox;
- violate the law in any way, including storing, publishing or sharing material that's fraudulent, defamatory, or misleading; or
- violate the privacy or infringe the rights of others.