IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Criminal Case No. 1:23CR65 |
| V. ) | |
| ) | |
| JAMES MEEK, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter comes before the Court on the Defendant's *Ex Parte* Application for a F. R. Crim. Proc. 17(c) subpoena, and Motion for Leave to File Application *Ex Parte* and Under Seal. It is hereby

ORDERED that the Defendant's Motion for Leave to File *Ex Parte* and Under Seal is GRANTED, and the Defendant's Application for the issuance of a subpoena pursuant to F. R. Crim. Proc. 17(c) is DENIED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
~~June~~ May 30, 2023