Date: 6/02/2023   Judge: Hilton   Reporter: J. Egal
Time: 10:00 to 10:40

UNITED STATES of AMERICA
    Vs.

| James Gordon Meek | 1:23CR00065-001 |
|---|---|
| Defendant's Name | Case Number |

| Eugene Gorokhov | Zoe Bedell |
|---|---|
| Counsel for Defendant | Counsel for Government |

Matter called for:
- (✓) Motions
- ( ) Setting Trial Date
- ( ) Change of Plea Hrg.
- ( ) Rule 35
- ( ) Arraignment
- ( ) Appeal from USMC
- ( ) Sentencing
- ( ) Rule 20 & Plea
- ( ) Probation/Supervised Release Hrg.
- ( ) Pre-Indictment Plea
- ( ) Other:

Defendant appeared: (✓) in person   ( ) failed to appear
(✓) with Counsel   ( ) without counsel   ( ) through counsel

Filed in open court:
( ) Criminal Information   ( ) Plea Agreement   ( ) Statement of Facts   ( ) Waiver of Indictment   (✓) Discovery Order

Defendant's discovery motions – Denied as moot. Standard Discovery Order entered.

Defendant's [57] Motion to Suppress the Evidence Obtained as a Result of Warrantless Search of Mr. Meek's DropBox Account and Contents Thereof. Deft's exhibits B and C Admitted. Motion argued and Denied.

Defendant's [53] Motion to Suppress Contents of Defendant's Internet Accounts – parties rest on the papers.

Bond Set at: $   ( ) Unsecured   ( ) Surety   ( ) Personal Recognizance
( ) Release Order Entered   (✓) Deft. Remanded   ( ) Deft. Released on Bond   ( ) Deft. Continued on Bond

Defendant is: (✓) In Custody   ( ) Summons Issued   ( ) On Bond   ( ) Warrant Issued   ( ) 1st appearance