



**Help center**

# How to share a link to a Dropbox file or folder

You can create a link to a file or folder in your Dropbox account to share it with others. When you share a file or folder via link, you can choose to give people with that link edit or view-only access.

Learn how to manage your default sharing settings.

Notes:

- Customers on Dropbox Professional, Standard, Advanced, and Enterprise can set additional shared link permissions like passwords and expiration dates.
- You can't create a shared link to a restricted folder.

Not using Dropbox yet? See how Dropbox helps you easily share folders.

# How to create and share a Dropbox link with edit access

If you're on a Dropbox Basic, Professional, or Plus account, you can give other Dropbox users edit access to your Dropbox files or folders via link. If you share with someone without a Dropbox account, they'll only be able to preview the file or folder

services. Visit our Privacy Policy and Privacy Policy FAQs to learn more. You can manage your personal preferences, including your 'Do not sell or share my personal data to third parties' setting in our Cookie Consent Tool.

[Decline]    [Accept All]



## Help center

### On dropbox.com

1. <u>Sign in</u> to dropbox.com.
2. Hover over the file or folder you'd like to share and click the share icon (rectangle with an up arrow).
3. From the dropdown, select **can edit**.

   - If a link hasn't been created, click **Create**.
   - If a link has been created, then click **Copy link**.

4. The link is copied to your clipboard. You can then paste it into an email, message, or wherever people can access it.

**Note:** If the link recipient is a member of a Dropbox business team, their ability to edit content depends on their team's permissions.

# How to create and share a Dropbox link with view-only access

If someone receives a shared link or <u>shared file</u> with <u>view-only permissions</u>, they won't be able to edit the original file.

### On dropbox.com

1. <u>Sign in</u> to dropbox.com.
2. Hover over the file or folder you'd like to share and click the share icon (rectangle with an up arrow).
3. From the dropdown, select **can view**.



Help center

### On your computer

1. Open the Dropbox folder in File Explorer (Windows) or Finder (Mac).
2. Right-click or command-click the file or folder you'd like to share.
3. Click **Share…**.
4. Select **Can view**.

   **Note:** If sharing a folder, select from the dropdown menu.

   - If a link hasn't been created, click **Create link**.
   - If a link has been created, click **Copy link**

5. The link is copied to your clipboard. You can then paste it into an email, message, or wherever people can access it.

## Manage links with edit or view-only access

You can make changes to a file or folder link after sharing it.

Learn how to manage Dropbox sharing permissions.

There are some exceptions:

- If you remove someone's access and they still have a file or folder link, they could regain access. To prevent them from regaining access, delete the link.



**Help center**

their Dropbox account, the link permissions you set will no longer

Learn about adding shared folders.

- If you invite someone to a file or folder with access, they can create their own link to share with someone else. You can't manage those shared links, so be sure to only share with people you trust.

## Customize links and settings

Dropbox Professional, Standard, Advanced, and Enterprise customers can change link settings and customize shared links with professional branding.

How helpful was this article?

    

## Community answers

Creating a file that clients may upload video privately without others clients being able to see it.



# Help center

Related articles

## Can everyone on my team access my files?

Find answers to FAQs about being a member of a Dropbox team account, including whether admins and other team members can

## Change the owner of a shared folder

By default, you're the owner of any shared folders you create. However, you can transfer ownership to someone else by ch

## Customize shared links

With branded sharing, you can customize brand elements to help establish your professional brand with clients. Learn mor

# Other ways to get help

Community

Twitter support

Contact support



### Help center

- Enterprise
- Desktop client
- Mobile
- Pricing
- Security
- Trust

- Partners
- Investor relations
- Press
- Features
- FAQ
- Buy

### Support

- Help center
- Contact us
- Support
- Cookies
- Cookies & CCPA preferences
- Privacy & terms
- Sitemap

### Community

- Developers
- Referrals
- Forum
- Integrations

### Connect

- Twitter
- Facebook
- YouTube

English (United States)

Case 1:23-cr-00065-CMH   Document 69-1   Filed 06/02/23   Page 7 of 7 PageID# 542



# Help center