IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> ) <br> v.       ) <br> ) <br> JAMES MEEK,   ) <br> ) <br>       Defendant.  ) <br> ) | Criminal Case No. 1:23CR65 |

## ORDER

This matter comes before the Court on the Defendant's Motion to Compel Disclosure of <u>Brady</u> and Rule 16 Material, Second Motion to Compel Disclosure of Rule 16 and <u>Brady</u> Material, Motion for Early Disclosure of Rule 404(b) and Expert Testimony, Motion to Suppress the Evidence Obtained as a Result of Warrantless Search of Mr. Meek's DropBox Account and Contents Thereof, and Motion to Suppress Contents of Defendant's Internet Accounts. For the reasons stated from the bench, it is hereby

ORDERED that the Defendant's Motions are DENIED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
June 2, 2023