## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA,       )
                                )
      v.                            )           Case No. 1:23CR65-CMH
                                )
JAMES MEEK.                     )


**ORDER**

This matter comes before the Court on a consent motion to continue the motions hearing date and the trial date.  Having been duly advised this Court hereby ORDERS that the trial is continued to _____, 2023.

The parties have jointly submitted that, for the following reasons, this case should be certified as complex pursuant to 18 U.S.C. § 3161(h)(7)(B) and that it is in the interests of justice to set the trial of this matter outside the Speedy Trial deadline. Defense counsel has reviewed with the defendant his rights under § 3161 and he knowingly and voluntarily waives those rights for the purposes of setting the trial date as herein described.

The Court finds that this case is complex and involves extensive electronic discovery, and that the parties are making progress towards a resolution of the matter short of trial, and further that a potential resolution of this matter will require management approval, there is good cause to continue this matter to _____, 2023.  The Court finds that such a continuance is in the interests of justice.

Accordingly, for the foregoing reasons and for good cause shown, this Court finds that this case is complex and that it is in the interests of justice to set a trial date outside of 70 days. *See* 18 U.S.C. § 3161. Therefore, the trial of this matter shall begin on _____, 2023.

Entered this day _____.

_____
United States District Court Judge
Alexandria, Virginia