| | | |
|---|---|---|
| Date: 7/21/2023 | Judge: Hilton | Reporter: J. Egal |
| Time: 10:00 to 10:10 | | Interpreter: |
| | | Language: |
| | | Update Deadlines: |
| UNITED STATES of AMERICA | | Prob. Copies: |
| Vs. | | PTS Copies: |
| | | AUSA Copes: |

James Gordon Meek　　　　　　　　1:23CR00065-001
Defendant's Name　　　　　　　　　Case Number

Eugene Gorokhov　　　　　　　　　Zoe Bedell and Whitney Kramer
Counsel for Defendant　　　　　　　Counsel for Government

Matter called for:
( ) Motions　　　　　　　　( ) Setting Trial Date　　　(✓) Change of Plea Hrg.　　( ) Rule 35
( ) Arraignment　　　　　　( ) Appeal from USMC　　　( ) Sentencing　　　　　　( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.　　　　　　　　( ) Pre-Indictment Plea　　( ) Other: _____

Defendant appeared:　　(✓) in person　　　　　　　( ) failed to appear
　　　　　　　　　　　　(✓) with Counsel　　　　　　( ) without counsel　　　　( ) through counsel

Filed in open court:
( ) Criminal Information　(✓) Plea Agreement　　(✓) Statement of Facts　( ) Waiver of Indictment　( ) Discovery Order

Arraignment & Plea:
( ) WFA　　( ) FA　　(✓) PG　　( ) PNG　Trial by Jury:　( ) Demanded　　( ) Waived

Defendant entered Plea of Guilty as to Count(s) ___1 and 3 of the Indictment___　Plea Accepted (✓)
Defendant directed to USPO for PSI: (✓) Yes　　( ) No
Case continued to ___9/29/2023___ at 10:00 for:　( ) Jury Trial　( ) Bench Trial　(✓) Sentencing

Consent Order of Forfeiture entered.

Bond Set at: $_____　( ) Unsecured　　( ) Surety　　　　( ) Personal Recognizance
( ) Release Order Entered　(✓) Deft. Remanded　( ) Deft. Released on Bond　( ) Deft. Continued on Bond

Defendant is: (✓) In Custody　( ) Summons Issued　( ) On Bond　( ) Warrant Issued　( ) 1st appearance