IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 1:23CR65-CMH |
| | ) | |
| JAMES MEEK. | ) | |

**SUPPLEMENT TO EMERGENCY MOTION TO TRANSPORT
DEFENDANT BACK TO ALEXANDRIA DETENTION CENTER**

James Meek, through counsel, submits this supplement to his emergency motion. ECF 82.

At approximately 4:45 pm on August 10, 2023, undersigned counsel retrieved Mr. Meek's belongings from the Alexandria Detention Facility. Among those belongings was Mr. Meek's CPAP machine.

As noted, Mr. Meek needs a CPAP machine to sleep, and his lack of access to a CPAP machine creates a serious risk of a medical emergency. At this time, it is unclear why ADC staff did not make arrangements to transfer Mr. Meek's CPAP machine to the Northern Neck Regional Jail. It is also unclear whether he has access to such a device there.[1]

---

[1] Undersigned counsel has been unable to get in touch with a staff member at Northern Neck Regional Jail, but has left two voicemail messages explaining Mr. Meek's need for a CPAP machine and the risk of a medical emergency in the event that he is not provided with a CPAP machine.

For these additional reasons, we respectfully ask this Court to order that Mr. Meek be transported back to ADC forthwith.

>
> Respectfully Submitted,
>
> By: /s/ *Eugene V. Gorokhov*
> Eugene Gorokhov, Bar No. 73582
> *Attorney for Defendant*
> BURNHAM & GOROKHOV, PLLC
> 1750 K Street NW, Suite 300
> Washington, DC 20006
> (202) 386-6920 (phone)
> (202) 765-2173 (fax)
> eugene@burnhamgorokhov.com

CERTIFICATE OF SERVICE

    I hereby certify that I filed the foregoing document VIA ECF which provides a copy to the AUSA of record.

<u>By:</u> /s/ *Eugene V. Gorokhov*
Eugene Gorokhov, Bar. No. 73582
*Attorney for Defendant*
BURNHAM & GOROKHOV, PLLC
1750 K Street NW, Suite 300
Washington, DC 20006
(202) 386-6920 (phone)
(202) 765-2173 (fax)
eugene@burnhamgorokhov.com