IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 1:23CR65-CMH |
| | ) | |
| JAMES MEEK. | ) | |

**SECOND SUPPLEMENT TO EMERGENCY MOTION TO TRANSPORT DEFENDANT BACK TO ALEXANDRIA DETENTION CENTER**

James Meek, through counsel, submits this second supplement to his emergency motion. ECF 82.

Undersigned counsel was able to speak briefly with Mr. Meek on August 11, 2023. Mr. Meek informed undersigned counsel that while his old CPAP machine was returned to counsel, he is in possession of another machine to which he has access at Northern Neck Regional Jail.

Nevertheless, for all of the other reasons set forth in ECF 82, Mr. Meek respectfully moves the Court to order him to be returned to ADC where he can continue to prepare for sentencing with undersigned counsel.

Respectfully Submitted,

By: /s/ *Eugene V. Gorokhov*
Eugene Gorokhov, Bar No. 73582
*Attorney for Defendant*
BURNHAM & GOROKHOV, PLLC
1750 K Street NW, Suite 300
Washington, DC 20006
(202) 386-6920 (phone)
(202) 765-2173 (fax)
eugene@burnhamgorokhov.com

1

CERTIFICATE OF SERVICE

    I hereby certify that I filed the foregoing document VIA ECF which provides a copy to the AUSA of record.

<u>By:</u> <u>/s/</u> *Eugene V. Gorokhov*
Eugene Gorokhov, Bar. No. 73582
*Attorney for Defendant*
BURNHAM & GOROKHOV, PLLC
1750 K Street NW, Suite 300
Washington, DC 20006
(202) 386-6920 (phone)
(202) 765-2173 (fax)
eugene@burnhamgorokhov.com