IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 1:23CR65-CMH |
| | ) | |
| JAMES MEEK. | ) | |

## NOTICE REGARDING TRANSPORT OF CLIENT TO ALEXANDRIA

James Meek, through counsel, respectfully submits that he has been transferred back to Alexandria Detention Center, as of August 17, 2023. Accordingly, the emergency motion (ECF 82) and related filings are now moot.

So Ordered

Claude M. Hilton
USDJ

Aug. 23, 2023

Respectfully Submitted,

By: /s/ *Eugene V. Gorokhov*
Eugene Gorokhov, Bar No. 73582
*Attorney for Defendant*
BURNHAM & GOROKHOV, PLLC
1750 K Street NW, Suite 300
Washington, DC 20006
(202) 386-6920 (phone)
(202) 765-2173 (fax)
eugene@burnhamgorokhov.com

1