IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 1:23CR65-CMH |
| | ) | |
| JAMES MEEK. | ) | |

## MOTION TO FILE REDACTED POSITION ON SENTENCING

James Meek, through counsel, respectfully moves to file his redacted position on sentencing, attached as Exhibit 1, on the public docket. He also moves to file a redacted Exhibit, attached 2 (designated as Exhibit 1 to the Position on Sentencing). Mr. Meek has already filed an unredacted position under seal, and is filing the redacted documents publicly in accordance with the local rules.

Respectfully Submitted,

By: /s/ *Eugene V. Gorokhov*
Eugene Gorokhov, Bar No. 73582
*Attorney for Defendant*
BURNHAM & GOROKHOV, PLLC
1750 K Street NW, Suite 300
Washington, DC 20006
(202) 386-6920 (phone)
(202) 765-2173 (fax)
eugene@burnhamgorokhov.com

1

2

CERTIFICATE OF SERVICE

      I hereby certify that I filed the foregoing document VIA ECF which provides a copy to the AUSA of record.

                                          By: /s/ *Eugene V. Gorokhov*
                                          Eugene Gorokhov, Bar. No. 73582
                                          *Attorney for Defendant*
                                          BURNHAM & GOROKHOV, PLLC
                                          1750 K Street NW, Suite 300
                                          Washington, DC 20006
                                          (202) 386-6920 (phone)
                                          (202) 765-2173 (fax)
                                          eugene@burnhamgorokhov.com