## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                                       )<br>)<br>JAMES MEEK.                        ) | Case No. 1:23CR65-CMH |

## ORDER

This matter comes before the Court on Mr. Meek's motion to file his redacted position on sentencing on the public docket. Having been duly advised, the Court GRANTS the motion.

So ordered on _____

_____
United States District Court
Alexandria, Virginia