| | | |
|---|---|---|
| Judge: Hilton | **SENTENCING** | Date: 9/29/2023 |
| Reporter: J. Egal | | Time: 10:25 to 10:52 |

Cr. #    1:23CR00065-001         AUSA:    McKenzie Hightower
U.S. v.  James Gordon Meek        Defense: Eugene Gorokhov

The Court finds the guidelines to be properly assessed at a range of 151 to 188 months.

Considering the factors under § 3553, and considering the circumstances involved and the defendant's prior record, the Court finds a sentence somewhat below the guideline range is appropriate.

**Sentence Imposed:**

72    Months imprisonment
      (Counts 1 and 3 to run _____ consecutively ✓ concurrently)
10    Years supervised release
      (Counts 1 and 3 to run _____ consecutively ✓ concurrently)

**Conditions of Supervised Release:**

Standard conditions and Special Conditions in PSIR imposed.

**Monetary penalties:**

$0.00    Fine

$100.00    Assessment on each of Counts 1 and 3 (pursuant to 18 U.S.C. § 3013) = $200.00

$5,000.00  Assessment on each of Counts 1 and 3 (pursuant to 18 U.S.C. § 3014) = $10,000.00

Restitution to be determined, proposed order to be submitted to the Court.

**Recommendations to BOP:**

The Court recommends that the defendant be designated to the facility in Petersburg, Virginia,

The Court further recommends that the defendant participate in the Residential Drug Abuse Program (RDAP) and mental health treatment.

US' Motion to Dismiss the Remaining Counts – Granted, Order entered.

Defendant remanded.