IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED IN OPEN COURT
SEP 29 2023
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> JAMES GORDON MEEK <br><br> Defendant. | Case No. 1:23-cr-65 |

## UNITED STATES'S MOTION TO DISMISS REMAINING COUNTS

The United States, through its attorneys, Jessica D. Aber, United States Attorney, and Zoe Bedell, Assistant United States Attorney, hereby moves this Court to dismiss Count Two of the Indictment in the above-captioned case.

Respectfully submitted,

Jessica D. Aber
United States Attorney

_____/s/_____
Zoe Bedell
Assistant U.S. Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3700
Fax: 703-299-3981
Email: Zoe.Bedell@usdoj.gov