IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division



| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:23-cr-65 |
| JAMES GORDON MEEK | |
| Defendant. | |

### ORDER

The motion of the United States to dismiss Count Two of the Indictment as to this defendant is hereby GRANTED. It is therefore ORDERED that Count Two is DISMISSED.

_____
Honorable Claude M. Hilton
United States District Judge

September 29, 2023