# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 1:23CR65-CMH |
| | ) | |
| JAMES MEEK. | ) | |

## NOTICE OF APPEAL

James Meek, though counsel, and pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure, and in accordance with the appeal rights reserved in his Plea Agreement, ECF 79, hereby appeals the judgment of conviction.

Respectfully Submitted,

By: /s/ *Eugene V. Gorokhov*
Eugene Gorokhov, Bar No. 73582
*Attorney for Defendant*
BURNHAM & GOROKHOV, PLLC
1750 K Street NW, Suite 300
Washington, DC 20006
(202) 386-6920 (phone)
(202) 765-2173 (fax)
eugene@burnhamgorokhov.com

CERTIFICATE OF SERVICE

      I hereby certify that I filed the foregoing document VIA ECF which provides a copy to the AUSA of record.

                                         By: /s/ *Eugene V. Gorokhov*
                                         Eugene Gorokhov, Bar. No. 73582
                                         *Attorney for Defendant*
                                         BURNHAM & GOROKHOV, PLLC
                                         1750 K Street NW, Suite 300
                                         Washington, DC 20006
                                         (202) 386-6920 (phone)
                                         (202) 765-2173 (fax)
                                         eugene@burnhamgorokhov.com