FILED: November 9, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4647
(1:23-cr-00065-CMH-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JAMES GORDON MEEK

    Defendant - Appellant

_____

O R D E R
_____

Upon consideration of appellant's unopposed motion to stay the briefing schedule pending resolution of restitution, which the court construes as a motion for abeyance, the court grants the motion and places this case in abeyance pending resolution of restitution by the district court.

The parties shall file a status report on December 11, 2023, and every 30 days thereafter and shall immediately notify this court when the district court proceedings have concluded.

    For the Court

    /s/ Nwamaka Anowi, Clerk